LAW OFFICES OF BECKY WALKER JAMES
BECKY WALKER JAMES (Bar No. CA 151419)
17383 Sunset Boulevard, Suite A315
Pacific Palisades, CA 90272
Telephone: (310) 492-5104
Facsimile: (310) 492-5026
E-mail: becky@walkerjameslaw.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Case # 2:10-cr-00407-KJD-RJJ; |
|  | 2:09-cr-494-KJD-VCF; 2:10-cr-209-KJD-VCF |
| Plaintiff(s), | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| TARL BRANDON | |
| Defendant(s). | [Corrected--to be filed in all 3 related cases] |
|  | FILING FEE IS $200.00 |

     Becky Walker James     , Petitioner, respectfully represents to the Court:
       (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

                    Law Offices of Becky Walker James
                         (firm name)

with offices at        17383 Sunset Boulevard, Suite A315       ,
                       (street address)

   Pacific Palisades   ,   California   ,   90272
     (city)           (state)       (zip code)

   (310) 492-5104   ,   becky@walkerjameslaw.com  .
 (area code + telephone number)    (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

          Tarl Brandon          to provide legal representation in connection with
         [client(s)]

the above-entitled case now pending before this Court.

                                            Rev. 12/11

3.    That since _____ Dec. 1990 _____ , Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____ California _____
                                                                                    (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States Supreme Court | March 2011 | N/A |
| Ninth Circuit Court of Appeals | Oct. 1994 | N/A |
| U.S. District Court Central Dist. California | Dec. 1991 | N/A |
| U.S. District Court Middle Dist. Florida | July 2012 | N/A |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

N/A

Rev. 12/11

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7.    That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association, Los Angeles County Bar Association, Women's Lawyers Association of Los Angeles, National Association of Criminal Defense Lawyers, Federal Bar Association.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                     _____
                                                          Petitioner's signature

5   STATE OF _____California_____ )

6   COUNTY OF ____Los Angeles____ )

7        ____Becky Walker James____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9                                                     _____
                                                          Petitioner's signature

10  Subscribed and sworn to before me this *BY BECKY WALKER JAMES, PROVED TO
    ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSON WHO

11  APPEARED BEFORE ME

12  ___10th___ day of ___December___, ___2012___

13  ____Randolph Edelman____
         Notary Public or Clerk of Court

14

15

16         **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
           **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18         Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate _____Beau Sterling_____,
                                                                              (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action.  The address and email address of

22  said designated Nevada counsel is:

23         ____Sterling Law LLC, 228 South 4th Street, 1st Floor____,
                              (street address)

24         ____Las Vegas____,        ____Nevada____,    ___89101___,
                  (city)                  (state)          (zip code)

25

26     ____702-583-3333____,    ____bsterling@sterlinglaw.com____.
        (area code + telephone number)       (Email address)

27

28                                        4                         Rev. 12/11

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____ Beau Sterling _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.
<div style="padding-left:3em">(name of local counsel)</div>

9

10  _____

(Party signature)

11

12  _____

(Party signature)

13

14  _____

(Party signature)

15

16  **CONSENT OF DESIGNEE**

17

18  The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19

20  _____

Designated Resident Nevada Counsel's signature

21  6833                              bsterling@sterlinglaw.com

Bar number                     Email address

22

23  APPROVED:

24  Dated: this _____ day of _____, 20___.

25

26  _____

UNITED STATES DISTRICT JUDGE

27

28
<div style="text-align:center">5</div>
<div style="text-align:right">Rev. 12/11</div>

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  ## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7  The undersigned party(ies) appoint(s) _____ Beau Sterling _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.

(name of local counsel)

9

10  _____

11  (Party signature)

12  _____

(Party signature)

13  _____

14  (Party signature)

15

16  ## CONSENT OF DESIGNEE

17

18  The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19

20  _____

Designated Resident Nevada Counsel's signature

21  6833                          bsterling@sterlinglaw.com

22  Bar number                   Email address

23

24  APPROVED:

Dated this 17th day of December , 2012.

25

26  _____

27  UNITED STATES DISTRICT JUDGE

28                          5                          Rev. 12/11

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 13, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BECKY SUSAN JAMES, #151419 was admitted to the practice of law in this state by the Supreme Court of California on December 20, 1990; that at her request, on April 5, 1996, her name was changed to BECKY S. WALKER on the records of the State Bar of California; that at her request, on September 29, 2010, her name was changed to BECKY SUSAN WALKER JAMES on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records