# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>TARL BRANDON,<br><br>　　　Defendant. | Case No. 2:09-CR-00494-KJD-VCF<br>　　　　　　 2:10-CR-00209-KJD-VCF<br>　　　　　　 2:10-CR-00407-KJD-VCF<br><br>**ORDER** |

　　　Presently before the Court is Defendant's Notice of Withdrawal of Defendant Tarl Brandon's Second Motion for New Trial and Related Requests (#180). The Government filed a response in opposition (#169) to which Defendant replied (#172). Hearing on the Notice of Withdrawal was held on December 18, 2012 (#177).

　　　Having read and considered the motions and arguments of counsel, the Court grants Defendant's Notice of Withdrawal and terminates the order (#180) granting the Government's motion to deem the attorney-client privilege waived. Furthermore, Defendant Tarl Brandon's Second Motion for a New Trial (#165) is **DENIED as moot.**

**IT IS SO ORDERED.**

　　　DATED this 10th day of May 2013.

_____
Kent J. Dawson
United States District Judge