# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

TARL BRANDON

     Defendant.

Case No. 2:10-cr-00407-KJD-GWF

**ORDER**

Presently before the Court is Defendant's Motion for Early Termination (ECF #221). The Court has previously granted Defendant's Motions for Early Termination in two other related cases: 2:09-cr-00494-KJD-VCF-1 and 2:09-cr-00469-KJD-LRL.

Accordingly, IT IS HEREBY ORDERED that Defendant's Request for Early Termination of Supervised Release (ECF #221) is **GRANTED.   The Motion for Appointment of Counsel (ECF #218) and Motion to Seal (ECF #219) are DENIED as Moot.**

DATED this 26th day of March 2026

Kent J. Dawson

United States District Judge

2